IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROBERT S. BEDNARZ,

        Plaintiff,

v.

ERICA A. MILLS, DDS,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
5:09-CV-1338
(GTS/GHL)

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned proceeding, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the above captioned action is hereby dismissed without prejudice.

Dated: 12/19/09

        *[signature]*
        Robert S. Bednarz, Pro Se
        212 Orchard Avenue
        Nedrow, New York 13120

Dated:

        ANDREW T. BAXTER
        United States Attorney
        P.O. Box 7198
        100 South Clinton Street
        Syracuse, New York 13261-7198

By: *[signature]*
        William H. Pease - 102338
        Assistant U.S. Attorney

SO ORDERED: December 23, 2009
Syracuse, NY

        *[signature]*
        Hon. Glenn T. Suddaby
        U.S. District Judge